9,727-31

CHARLES HATCHER
100 N. LAMAR ... 0014997
FORT WORTH, TEXAS 76104

MARCH 17, 2015

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: TR. CT. NO. C-297-010357-0382814G
     WR-9,727-31

DEAR CLERK,
    I AM WRITING YOU IN REGARDS TO A
CHANGE OF ADDRESS. THE ADDRESS IS AS
ABOVE,

              CHARLES LEWIS HATCHER
              100 N. LAMAR ... 0014997
              FORT WORTH, TEXAS 76104

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

              SINCERELY,
              Charles L. Hatcher